298 So.2d 34

In re COURTESY FORD SALES, INC.,
a corp. and Ford Motor Co.,
a foreign corp.

v.

Mary Alice FARRIOR.

Ex parte Mary Alice FARRIOR.

SC 894.

Supreme Court of Alabama.

July 18, 1974.

Joseph D. Phelps, Philip H. Butler, Montgomery, for petitioner.

No brief for respondent.

MERRILL, Justice.

Petition of Mary Alice Farrior for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Courtesy Ford Sales, Inc., a Corp. and Ford Motor Co., a Foreign Corp. v. Farrior 298 So.2d 26.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.

299 So.2d 312

In re Vernon Hughes CROUCH

v.

STATE.

Ex parte Vernon Hughes Crouch.

SC 897.

Supreme Court of Alabama.

Aug. 15, 1974.

Joseph F. Gilliland, Russellville, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Vernon Hughes Crouch for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Crouch v. State, 53 Ala.App. 261, 299 So.2d 305.

Writ denied.

MERRILL, HARWOOD, McCALL and FAULKNER, JJ., concur.